UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 21 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff-Appellee,<br><br> v.<br><br>JESUS GUADALUPE SANCHEZ, AKA Che, AKA Jose Salazar,<br><br>      Defendant-Appellant. | No.   17-35949<br><br>D.C. Nos.   1:16-cv-00101-BLW<br>              1:12-cr-00155-BLW-1<br>District of Idaho,<br>Boise<br><br>ORDER |

On January 5, 2018, this court ordered appellant, within 21 days, either to move for voluntary dismissal of this request for certificate of appealability or show cause why it should not be dismissed for lack of jurisdiction. The order warned appellant that failure to comply would result in the automatic dismissal of the appeal by the Clerk of the Court. To date, appellant has not complied with the court's order. Accordingly, this appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

This case is now closed.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Karen M. Burton
Deputy Clerk
Ninth Circuit Rule 27-7